UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deedra (Brooks) Haviland,

Plaintiff,

v.

Wal-Mart Stores, Inc,

Defendant.

Court File No. 01-210 ADM/AJB

**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**

The parties, through their respective undersigned counsel, hereby stipulate and agree that the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness in this case may be extended to November 1, 2001, and request that the Court amend the Pretrial Scheduling Order to reflect the same.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 9/27/01

By ________________
Andrew L. Marshall (License #176849)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**MILAVETZ, GALLOP & MILAVETZ, P.A.**

Dated: 9/25/01

By Alan S. Milavetz

Alan S. Milavetz (License #164677)
William Aase (License #0301875)
Attorneys for Plaintiff
6500 France Avenue South
Edina, MN 55435
(952) 920-7777

## ORDER

**WHEREAS** the parties have agreed to an extension of the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness, through November 1, 2001, it is hereby ordered that:

1. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be completed on or before November 1, 2001.
* For the purpose of disclosing a medical expert

2.. The Court's Pretrial Scheduling Order dated September 6, 2000, is hereby amended to reflect the same.

**BY THE COURT:**

Dated: 9/28, 2001.

Arthur J. Boylan
United States Magistrate Judge

297103.WPD